146 A.3d 463

**STATE of Maryland**

v.

**EBB, Jeffrey D., Sr.**

**No. 216, Sept. Term, 2016**

Court of Appeals of Maryland.

September 2, 2016

Opinion of the Court of Special Appeals unreported (No. 1427, Sept. Term, 2015).

Petition for writ of certiorari granted.

■

146 A.3d 463

**UNITED FOOD AND COMMERCIAL WORKERS INTERNATIONAL UNION**

v.

**WAL-MART**

**No. 242, Sept. Term, 2016**

Court of Appeals of Maryland.

September 2, 2016

Reported below: 228 Md.App. 203, 137 A.3d 355.

Petition for writ of certiorari granted.